UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STATE OF MAINE and MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>       Plaintiffs,<br><br>v.<br><br>KERRAMERICAN, INC., et al.,<br><br>       Defendants. | Civil No. CV-04-191-B-W |

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(LETTER OF REQUEST)

The United States District Court for the District of Maine presents its compliments to the appropriate judicial authority of Canada, and requests international judicial assistance to obtain evidence upon oral examination to be used in a civil proceeding before this Court in the above captioned matter.  This Court requests the assistance described herein as necessary in the interest of justice.  The assistance requested is that the appropriate judicial authority in Canada compel the appearance of the below named individuals, all residents of Canada, to give evidence upon oral examination: M.D. Rowswell, Kenneth Perry, Charles Robbins, A.F. Risso, Noel O'Brien, E.A. Hart, and Thomas Anderson.  The party that has requested this Letter of Request, Kerramerican, Inc. ("Kerramerican"), has identified address and contact information for these individuals and is in the process of verifying this information with the assistance of local counsel in Canada.

## FACTS

In the above captioned action, the State of Maine seeks to recover costs it has incurred for the remediation of a former mining site (the "Site") in Blue Hill, Maine.  Kerramerican, along with Denison Mines Inc. ("Denison") and Black Hawk Mining, Ltd. ("Black Hawk") have been

named as defendants in this action as potentially responsible parties under the United States Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. Sections 9601-9675.  These parties may be liable for remediation costs under CERCLA if they are former owners or operators of the Site.  Kerramerican has filed cross-claims against Denison and Black Hawk for contribution and Kerramerican has sought this Letter of Request to seek discovery from the named individuals.

M.D. Rowswell is a former general manager of the Site.  Kenneth Perry is a former Vice President of Corporate Affairs for Denison.  Charles Robbins is a former President of Black Hawk.  A.F. Risso is a former Assistant Secretary and Treasurer and Controller for both Black Hawk and Denison.  E.A. Hart is the former Chief Exploration Manager for Denison and Thomas Anderson is the former mine manager for Black Hawk and Denison.  Finally, Noel O'Brien is a former employee and/or officer of Denison and a former President of Black Hawk.

These witnesses were officers and/or employees of Denison and Black Hawk during the late 1960s and early 1970s and have personal knowledge regarding the relationship between Denison and Black Hawk during this time period.  These witnesses also have personal knowledge regarding the nature and scope of Denison's and Black Hawk's operations at the Site during this time period.  Their testimony is critical to support Kerramerican's claims that Denison and Black Hawk are former operators of the Site.

## RECIPROCITY

The United States District Court for the District of Maine confirms its willingness to provide similar assistance to judicial authorities in Canada.

## REIMBURSEMENT FOR COSTS

Any costs incurred by the appropriate judicial authority in Canada in executing this Letter of Request will be reimbursed by the appropriate party or parties to this action.

Dated:  January 17, 2006

>                           /s/ Margaret J. Kravchuk
>                           U.S. Magistrate Judge
>                           United Stated District Court for the District of Maine
>                           Bangor, Maine